# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| WESTPORT FUEL SYSTEMS CANADA, INC. | § § § | |
| v. | § § | Case No. 2:21-CV-0457-RWS-RSP |
| FCA USA LLC D/B/A/ FCA GROUP US LLC | § § § § | |

**Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**July 6, 2022**

**OPEN:   11:21 am**                                **ADJOURN: 12:57 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Ray Torgerson |
| | Claire Henry |
| ATTORNEY FOR DEFENDANTS: | Frank Cimino |
| | Thad Heartfield |
| LAW CLERK: | Morgan Dixon |
| COURT REPORTER: | Shawn McRoberts |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.   Case called.   Claire Henry announced ready and introduced co-counsel.   Thad Heartfield announced ready and introduced co-counsel.

Frank Cimino argued Defendant's Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer (Dkt. No. 20).   Ray Torgerson responded.   The Court took the matter under submission.