IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WESTPORT FUEL SYSTEMS CANADA INC., <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant, <br><br> v. <br><br> FCA USA, LLC D/B/A FCA GROUP US LLC, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00453-RWS <br> (LEAD) <br><br><br><br> CIVIL ACTION NO. 2:21-CV-00457-RWS <br> (MEMBER) |

## ORDER

Pursuant to the Court's order adopting the Report and Recommendation of the United States Magistrate Judge (Docket No. 115) and granting Defendant FCA USA, LLC d/b/a FCA Group US LLC's ("FCA") Renewed Motion to Dismiss or Transfer for Improper Venue (Docket No. 56),[1] the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** all claims asserted by Plaintiff Westport Fuel Systems Canada Inc. against Defendant FCA in the above-titled cause of action are hereby **DISMISSED WITHOUT PREJUDICE** for lack of proper venue, and Plaintiff shall bear the costs. It is further

**ORDERED** that all pending motions are **DENIED-AS-MOOT** as it pertains to any and all claims asserted by Plaintiff against Defendant FCA.

---

[1] Defendant FCA's Motion to Dismiss or Transfer is also docketed within the related member case (Civil Action No. 2:21-CV-00457) at Docket No. 20.

The Clerk of the Court is directed to close Civil Action No. 2:21-CV-00457.

It is so **ORDERED**.

**SIGNED this 15th day of September, 2022.**

                                              ROBERT W. SCHROEDER III
                                              UNITED STATES DISTRICT JUDGE